JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE CLYDE MEZZLES,<br><br>             Petitioner,<br><br>       vs.<br><br>JOHN N. KATAVICH, Warden,<br><br>            Respondent. | Case No.  CV 14-7430-JVS (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 17, 2016

_____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE